United States District Court
for the
Southern District of Florida

Pamela Floyd, Plaintiff, )
)
v. )
) Civil Action No. 18-25229-mc-Scola
)
United States Company Corporation )
and others, Defendants.

## Opinion Order Dismissing Case

This matter is before the Court on an independent review of the record. The Plaintiff initiated this action on December 13, 2018, by means of a "Motion to File a Memorandum of an Affidavit of Presentment." (ECF No. 1.) That document, in full, provides the following:

> I, Pamela Floyd, Plaintiff in the above styled cause, to serve notice of a memorandum of an affidavit of presentment to the UNITED STATES COMPANY CORPORATION, The United States federal district court, the federal district court of the United States of North America and all of its Associates and Agencies.

(*Id.*) Attached to the filing is a one-page list of random documents bearing the signature and, apparently, fingerprint of the Plaintiff. No legal claim is asserted, and no facts or jurisdictional basis are alleged.

This case is due to be dismissed. *See Davis v. Kvalheim*, 261 F. App'x 231, 234-35 (11th Cir. 2008) ("We have recognized that district courts have the inherent power to *sua sponte* dismiss frivolous suits without giving notice to the parties." (citing *Jefferson Fourteenth Assocs. v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524, 526 (11th Cir. 1983))); *see also Duwayne Son of Peter v. United States Company Corporation*, No. 13-21504, D.E. 5 (S.D. Fla. May 14, 2013) (Altonaga, J.) (holding similarly).

Accordingly, this case is **dismissed**. The **Clerk** is instructed to **close** this case and mail a copy of this order to the Plaintiff at the address listed below. All pending motions, if any, are **denied** as moot.

**Done and ordered**, in chambers, in Miami, Florida on December 13, 2018.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Pamela Floyd
1483 N.W. 53rd Street
Miami, Florida 33142